# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX GARCIA and SARA GARCIA, ) | NO. 1:10-CV-789 AWI-GSA |
| Plaintiffs, ) | ORDER VACATING HEARING |
| v. ) | |
| AMERICA'S SERVICING COMPANY ) and Does 1-20, ) | |
| Defendants. ) | |

Defendant has noticed for hearing and decision a motion to dismiss. The matter is set for hearing on August 23, 2010. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 23, 2010, is VACATED, and the parties shall not appear at that time. As of August 23, 2010, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: August 18, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE